IN THE UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: * | |
| Brian Patrick McCarthy and * | |
| Patricia Ellen McCarthy * | |
| * | Case No.  23-12859 |
| *Debtors* * | Chapter 13 |
| * * * * * * * * * * * * | |

## MOTION TO MODIFY CHAPTER 13 PLAN

Brian Patrick McCarthy and Patricia Ellen McCarthy ("Movants" or "Debtors"), by and through undersigned counsel, Amy Lynn Bennecoff Ginsburg, Esq., hereby moves this Court for an Order authorizing the filing and approval of a Modified Chapter 13 Plan post-confirmation and in support thereof states the following:

1. Debtors filed for relief under a Chapter 13 Bankruptcy, on September 20, 2023 in the Eastern District of Pennsylvania.

2. A Chapter 13 Plan was confirmed on October 31, 2024 (*Dkt#92*).

3. Since that time, secured lender, Santander Consumer USA Inc, advised my office of a *post*-petition default by the debtors with respect to the 2017 Chevy Malibu.

4. Therefore, Debtors wish to modify their plan to increase funding needed to "cure" all arrears (*pre* and *post*-petition).

5. The proposed Chapter 13 Modified Plan is attached as *Exhibit A*.

1

WHEREFORE, Debtors, Brian Patrick McCarthy and Patricia Ellen McCarthy, respectfully request this Honorable Court to enter an Order:

    A.    Authorizing the filing and approval of the Modified Chapter 13 Plan; and

    B.    Granting such other and further relief as this Court deems just and proper.

Dated: October 15, 2025

/s/*Amy Lynn Bennecoff Ginsburg*
Amy Lynn Bennecoff Ginsburg, Esq.
Attorney ID: 202745
653 E. Skippack Pike, Ste 300-71
Blue Bell, PA 19422
Phone: 855-978-6564
Email: againsburg@ginsburglawgroup.com
Attorney for Debtors