## IN THE UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: * | |
| Brian Patrick McCarthy and * | |
| Patricia Ellen McCarthy * | |
| * | Case No. 23-12859 |
| *Debtors* * | Chapter 13 |
| * * * * * * * * * * * * * * | |

## ORDER APPROVING MODIFIED CHAPTER 13 PLAN

UPON CONSIDERATION of the Motion to Modify Chapter 13 Plan post confirmation filed by the Debtors and for cause shown

AFTER NOTICE AND HEARING IT IS HEREBY ORDERED, that the modified plan is approved with a lump sum payment of $18,955.00 for months 1-20 followed by payments of $830.00 per month for months 21-60 with a total gross funding of $52,145.89.

cc:

Kenneth E. West, Trustee: ecfemails@ph13trustee.com
Amy Lynn Bennecoff Ginsburg, Esq.: efilings@ginsburglawgroup.com
William Edward Craig:  wcraig@egalawfirm.com
Michael Vagnoni: michael.vagnoni@obermayer.com
Regina Coehn: rcohen@lavin-law.com
Jeffrey C. McCullough:  jeffmccullough@bondmccullough.com
James R. Wood, Esquire: jwood@portnoffonline.com

- END OF ORDER –